# JS-6

**UNITED STATES DISTRICT COURT**

**FOR CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

| | |
|---|---|
| MRR BROOKHURST CAR WASH, INC., SALMIR ALQUZA,<br><br>Plaintiffs,<br><br>vs.<br><br>AMGUARD INSURANCE COMPANY, BERKSHIRE HATHAWAY GUARD INSURANCE COMPANY and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:20-cv-0094-JVS-DFM<br>Assigned to the Hon. James V. Selna<br><br>**ORDER RE DISMISSAL OF BERKSHIRE HATHAWAY GUARD INSURANCE COMPANY WITH PREJUDICE**<br><br>Action Filed: December 9, 2019 |

Having considered the Joint Stipulation re Dismissal of Berkshire Hathaway Guard Insurance Company with Prejudice filed by Plaintiffs MRR Brookhurst Car Wash, Inc. and Salmir Alquza and defendant AmGUARD Insurance Company and for good cause shown,

\ \ \

\ \ \

\ \ \

1  IT IS HEREBY ORDERED THAT the Complaint against Berkshire Hathaway Guard Insurance Company in this action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: June 05, 2020

_____
HON. JAMES V. SELNA
United States District Judge

Submitted by:

WESTON & McELVAIN LLP
Richard C. Weston (State Bar No. 126491)
Wynn C. Kaneshiro (State Bar No. 166683)
1960 East Grand Avenue, Suite 400
El Segundo, California 90245
Telephone: (213) 596-8000
Facsimile: (213) 596-8039
E-mail: rweston@wmattorneys.com
           wckaneshiro@wmattorneys.com

Attorneys for Defendant **AMGUARD INSURANCE COMPANY**

ORDER RE DISMISSAL AS TO BERKSHIRE HATHAWAY GUARD INSURANCE COMPANY